George HARTMAN and Hazel Hartman, Petitioners, v. Fred J. LAUCHLI, Trustee of Hartman Corporation of America, et al.

No. 14381.

United States Court of Appeals
Eighth Circuit.

July 17, 1951.

Wm. J. Becker, Clayton, Mo., for petitioners.

Kenneth Teasdale, St. Louis, Mo., for Fred J. Lauchli, Trustee of Hartman Corp. of America.

PER CURIAM.

Petitioners granted, on motion, permission to file in the United States District Court for the Eastern District of Missouri complaint in the nature of a bill of review, etc.

NORRIS DISPENSERS, Inc., a corporation, Appellant, v. OHLEEN DAIRY CO., a corporation, et al.

No. 14348.

United States Court of Appeals
Eighth Circuit.

July 20, 1951.

George F. Williamson, Minneapolis, Minn., for appellant.

F. A. Whiteley and Benedict Deinard, Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed with prejudice, on stipulations of parties.

Don PAYNE and Lawrence Lowery v. Leona C. SCHMITT.

Nos. 4274, 4275.

United States Court of Appeals
Tenth Circuit.

June 26, 1951.

Roy E. Montgomery and Winston S. Howard, Denver, Colo., for appellants.

Raymond M. Sandhouse and Francis L. Shallenberger, Sterling, Colo., for appellee.

Before PHILLIPS, Chief Judge, and MURRAH, Circuit Judge.

PER CURIAM.

Appeals dismissed June 26, 1951, pursuant to stipulation of the parties.

POST PRINTING & PUBLISHING COMPANY v. NATIONAL LABOR RELATIONS BOARD.

No. 4147.

United States Court of Appeals
Tenth Circuit.

June 19, 1951.

Guy Farmer, Washington, D. C., and John R. Turnquist, Denver, Colo., for petitioner.

David P. Findling, Associate General Counsel, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for respondent.

Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Remanded June 19, 1951, on motion of respondent, petitioner consenting thereto.